```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DILENIA PAGUADA, on behalf of herself and
all others similarly situated,

                    Plaintiff,

       - against -

SNAK-KING CORP.,

                    Defendant.
-------------------------------------------------------------X

20-CV-7166 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties having entered into a consent decree to resolve this matter, the case hereby is dismissed with each party to bear its own costs unless otherwise agreed to between the parties. The Clerk of Court is respectfully requested to terminate all motions, cancel all deadlines, and close the case.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: November 13, 2020
         New York, New York

Copies transmitted this date to all counsel of record.